File Hashes for IP Address 184.164.179.191

**ISP:** Atlantic Broadband
**Physical Location:** Miami, FL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/08/2013 19:19:20 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 04/08/2013 19:10:48 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | Apartment Number Four |
| 02/20/2013 00:13:31 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 02/20/2013 00:12:34 | 4D032498266CEE64E615B9A4250B4DFAE4678071 | Apartment in Madrid |
| 02/20/2013 00:07:20 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 02/20/2013 00:01:22 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 10/30/2012 20:59:36 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/05/2012 18:29:28 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 10/05/2012 18:25:35 | 9160EC016F56278F0A90E3EA1E881A52D43DF933 | Coucher Avec une Autre Fille |
| 10/05/2012 18:24:07 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 10/05/2012 17:59:31 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 10/05/2012 17:35:24 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 10/05/2012 17:31:57 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 10/05/2012 17:27:50 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 10/05/2012 17:21:58 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A